**BRADLEY/GROMBACHER, LLP**  JS6
Marcus J. Bradley, Esq. (SBN 174156)
Kiley Lynn Grombacher, Esq. (SBN 245960)
Lirit Ariella King, Esq. (SBN 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile:  (805) 270-7589
E-Mail: mbradley@bradleygrombacher.com
         kgrombacher@bradleygrombacher.com
         lking@bradleygrombacher.com

Attorneys for Plaintiff TASHAVEA WALKER,
the Proposed Class, and all other similarly
situated employees

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHAVEA WALKER, individually and on behalf of others similarly situated<br><br>Plaintiff,<br>v.<br>BARRETT BUSINESS SERVICES, INC., a Maryland corporation; STRATEGIC STAFFING SOLUTIONS, INC., a Michigan corporation; PERFORMANCE TEAM HOLDINGS, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO. 2:20-cv-08566 RGK (JCx)**<br><br>**Assigned to Hon. Gary Klausner**<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV. P. 41(a)(1)(A)(i) [19]** |

# ORDER

Pursuant to Plaintiff's Request of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses without prejudice all defendants named in the First Amended Complaint: Defendants BARRETT BUSINESS SERVICES, INC., and PERFORMANCE TEAM HOLDINGS, INC.

IT IS ORDERED that:

1. This action be dismissed without prejudice as to Plaintiff Tashavea Walker;
2. This action be dismissed without prejudice as to any putative class members; and
3. Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: October 9, 2020

_____
R. Gary Klausner
United States District Judge